IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01623-AP

STACEY AIGNER,

        Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

      For Plaintiff:
      K. MACHELLE GIELAROWSKI
      712 N. Tejon St., Ste. 1
      Colorado Springs, CO 80903
      Telephone: (719) 264-0729
      E-Mail: Giellaw@comcast.net

      For Defendant:
      JOHN F. WALSH
      United States Attorney

      J. BENEDICT GARCÍA
      Assistant United States Attorney
      United States Attorney's Office
      District of Colorado

      THOMAS H. KRAUS
      Special Assistant United States Attorney
      Social Security Administration, Region VIII
      Office of the General Counsel
      1961 Stout St., Ste. 4169
      Denver, CO 80294-4003
      Telephone: (303) 844-0017
      tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 6/20/13

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 6/26/13

    C.    **Date Answer and Administrative Record Were Filed:** 8/21/13

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

A.    **Plaintiff's Statement:**  None anticipated.

B.    **Defendant's Statement:**  None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** 11/05/13

    B.    **Defendant's Response Brief Due:** 12/03/13

    C.    **Plaintiff's Reply Brief (If Any) Due:** 12/17/13

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Oral Argument is not requested.

  B.  **Defendant's Statement:** Oral Argument is not requested.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

  A.  **( X )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

  B.  **(   )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

  DATED this <u>11th</u> day of <u>September</u>, 2013.

                 BY THE COURT:

                  <u>*S/John L. Kane*</u>
                 U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ K. Machelle Gielarowski<br>K. MACHELLE GIELAROWSKI<br>712 N. Tejon St., Ste. 1<br>Colorado Springs, CO 80903<br>Telephone: (719) 264-0729<br>E-Mail: Giellaw@comcast.net<br><br>Attorney for Plaintiff | JOHN F. WALSH<br>UNITED STATES ATTORNEY<br><br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br><br>s/ Thomas H. Kraus<br>By: THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>Social Security Administration, Region VIII<br>Office of the General Counsel<br>1961 Stout St., Ste. 4169<br>Denver, CO 80294-4003<br>Telephone: (303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |