IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-1623-AP**

**STACEY AIGNER,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

# ORDER OF DISMISSAL

Kane, J.

Upon consideration of Plaintiff's Motion to Dismiss With Prejudice (doc. #11), filed November 4, 2013, it is

**ORDERED** that the Motion is **GRANTED**.  This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated:  November 13, 2013

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT